UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## ORDER

Upon review of the record, the following cases set for Call Docket on December 18, 2023, were ruled on as follows:

| | |
|---|---|
| 22-5566 | ROUNDS v. STATE FARM FIRE AND CASUALTY COMPANY (As to: State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company) |

**ORDERED** that the Call Docket is PASSED. Order granting Motion for Extension of Time to Serve Defendant to no later than January 2, 2024, entered, R. Doc. 23.

| | |
|---|---|
| 23-3557 | BUCKLEY v. ALLSTATE INSURANCE COMPANY (As to: Allstate Insurance Company) |

**ORDERED** that the Call Docket is SATISFIED.  Return of Service of Summons has been filed, R. Doc. 11.

| | |
|---|---|
| 23-3611 | WILLIAMS v. STATE FARM FIRE AND CASUALTY COMPANY (As to: State Farm Fire and Casualty Company) |

**ORDERED** that the Call Docket is SATISFIED.  Return of Service of Summons has been filed, R. Doc. 11.

| | |
|---|---|
| 23-3617 | BATTISTE v. STATE FARM FIRE AND CASUALTY COMPANY (As to: State Farm Fire and Casualty Company) |

**ORDERED** that the Call Docket is SATISFIED.  Return of Service of Summons has been filed, R. Doc. 11.

| | |
|---|---|
| 23-3650 | GALINAO v. STATE FARM FIRE AND CASUALTY COMPANY (As to: State Farm Fire and Casualty Company) |

After due notice to the plaintiff to file into the record the return of service of process, and no return having been filed, **IT IS ORDERED** that defendant State Farm Fire and Casualty Company is hereby DISMISSED without prejudice for plaintiff's failure to prosecute. **IT IS FURTHER ORDERED** that as Defendant State Farm Fire and Casualty Company is the only named defendant in this matter, this case is **DISMISSED** without prejudice.

23-3697    GOULD v. STATE FARM FIRE AND CASUALTY COMPANY
(As to: State Farm Fire and Casualty Company)

**ORDERED** that the Call Docket is SATISFIED.  Return of Service of Summons has been filed, R. Doc. 12.

23-3719    LAWSON v. STATE FARM FIRE AND CASUALTY COMPANY
(As to: State Farm Fire and Casualty Company)

**ORDERED** that the Call Docket is PASSED. Motion to Dismiss Case filed, R. Doc. 9.

23-3787    NEUMANN v. IMPERIAL FIRE AND CASUALTY COMPANY
(As to: Imperial Fire and Casualty Company)

**ORDERED** that the Call Docket is PASSED. Motion to Dismiss Case filed, R. Doc. 9.

23-3798    WILLIAMS v. DOVER BAY SPECIALTY INSURANCE COMPANY
(As to: Dover Bay Specialty Insurance Company)

After due notice to the plaintiff to file into the record the return of service of process, and no return having been filed, **IT IS ORDERED** that defendant Dover Bay Specialty Insurance Company is hereby DISMISSED without prejudice for plaintiff's failure to prosecute. **IT IS FURTHER ORDERED** that as Defendant Dover Bay Specialty Insurance Company is the only named defendant in this matter, this case is **DISMISSED** without prejudice.

23-3804    ESSIEN v. AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
(As to: American Bankers Insurance Company of Florida)

**ORDERED** that the Call Docket is SATISFIED.  Return of Service of Summons has been filed, R. Doc. 11.

23-3817    SMITH v. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
(As to: Allstate Vehicle and Property Insurance Company)

**ORDERED** that the Call Docket is PASSED. Motion to Dismiss Case filed, R. Doc. 9.

23-3852    WELLS v. GEOVERA SPECIALTY INSURANCE COMPANY
(As to: GeoVera Specialty Insurance Company)

**ORDERED** that the Call Docket is SATISFIED.  Returns of Service of Summons have been filed, R. Docs. 13 and 15.

23-3877  PHAM v. ALLSTATE INSURANCE COMPANY
(As to: Allstate Insurance Company)

**ORDERED** that the Call Docket is PASSED. Motion to Dismiss Case filed, R. Doc. 9.

23-3914  VAUGHN v. STATE FARM FIRE AND CASUALTY COMPANY
(As to: State Farm Fire and Casualty Company)

**ORDERED** that the Call Docket is SATISFIED.  Answer having been filed, R. Doc. 11.

23-4210  EFFERSON v. LIBERTY MUTUAL FIRE INSURANCE COMPANY
(As to: Liberty Mutual Fire Insurance Company)

After due notice to the plaintiff to file into the record the return of service of process, and no return having been filed, **IT IS ORDERED** that defendant Liberty Mutual Fire Insurance Company is hereby DISMISSED without prejudice for plaintiff's failure to prosecute. **IT IS FURTHER ORDERED** that as Defendant Liberty Mutual Fire Insurance Company is the only named defendant in this matter, this case is **DISMISSED** without prejudice.

23-4221  JOHNSON v. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
(As to: Allstate Vehicle and Property Insurance Company)

After due notice to the plaintiff to file into the record the return of service of process, and no return having been filed, **IT IS ORDERED** that defendant Allstate Vehicle and Property Insurance Company is hereby DISMISSED without prejudice for plaintiff's failure to prosecute. **IT IS FURTHER ORDERED** that as Defendant Allstate Vehicle and Property Insurance Company is the only named defendant in this matter, this case is **DISMISSED** without prejudice.

23-4225  NARCISSE v. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
(As to: Allstate Vehicle and Property Insurance Company)

**ORDERED** that the Call Docket is SATISFIED.  Return of Service of Summons has been filed, R. Doc. 11.

23-4230   WILLIAMS v. STATE FARM FIRE AND CASUALTY COMPANY
(As to: State Farm Fire and Casualty Company)

After due notice to the plaintiff to file into the record the return of service of process, and no return having been filed, **IT IS ORDERED** that defendant State Farm Fire and Casualty Company is hereby DISMISSED without prejudice for plaintiff's failure to prosecute. **IT IS FURTHER ORDERED** that as Defendant State Farm Fire and Casualty Company is the only named defendant in this matter, this case is **DISMISSED** without prejudice.

23-4245   SAMPSON v. WEEKS MARINE COMPANY, LLC
(As to: Weeks Marine Company, LLC)

After due notice to the plaintiff to file into the record return of service of process, and no return having been filed, **IT IS ORDERED** that defendant Weeks Marine Company, LLC is hereby DISMISSED without prejudice for plaintiff's failure to prosecute.

New Orleans, Louisiana this 20th day of December 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE